# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Bradley John Frumento<br>DEFENDANT(S). | CASE NUMBER<br>5:16-MJ-00406-DUTY<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__ , IT IS ORDERED that a detention hearing is set for __Wednesday, October 12__ , __2016__ , at __2:00__ ☐a.m. / ☒p.m. before the Honorable __SHERI PYM__ , in Courtroom __4__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __October 7, 2016__

SHERI PYM
U.S. Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                            Page 1 of 1