# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 5:16-MJ-00406-DUTY |
| Bradley John Frumento | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _Thursday, October 20_____, _2016_____, at _12:00_____ ☐a.m. / ☒p.m. before the Honorable _SHERI PYM_____, in Courtroom _4_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _October 12, 2016_____     SHERI PYM
                                     U.S. Magistrate Judge

---
ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                    Page 1 of 1